```
TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
DAVID E. ASTUR, ESQ., Bar No. 15008
dastur@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone:  702.786.1001
Facsimile:  702.786.1002
```

*Attorneys for Defendant Walmart Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D. REINER, M.D., A PROFESSIONAL CORPORATION, a Nevada, professional corporation<br><br>Plaintiff,<br>v.<br><br>CVS PHARMACY, INC., a Rhode Island Corporation; WALMART INC., a Delaware Corporation; SMITH'S FOOD & DRUG CENTERS, INC., a Delaware Corporation; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00701-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

By and through their respective counsel of record, Defendant WALMART INC. ("Walmart"), Defendant CVS PHARMACY, INC. ("CVS"), Defendant SMITH'S FOOD & DRUG CENTERS, INC. ("Smith's) (collectively "Defendants") and Plaintiff MICHAEL D. REINER, M.D., A PROFESSIONAL CORPORATION ("Plaintiff") (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS Plaintiff filed its Complaint (ECF No. 1) ("Complaint") in this action in the United States District Court for the District of Nevada on April 29, 2022;

WHEREAS Plaintiff served the Summons in a Civil Action (ECF No. 4) and Complaint on Walmart through its agent for service of process on May 16, 2022;

1  WHEREAS Walmart's current deadline to respond to Plaintiff's Complaint is June 6, 2022
2  (*see* Fed. R. Civ. P. 12(a));

3  WHEREAS Plaintiff served the Summons in a Civil Action (ECF No. 4) and Complaint on
4  CVS through its agent for service of process on May 18, 2022;

5  WHEREAS CVS' current deadline to respond to Plaintiff's Complaint is June 8, 2022 (*see*
6  Fed. R. Civ. P. 12(a));

7  WHEREAS Plaintiff served the Summons in a Civil Action (ECF No. 4) and Complaint on
8  Smith's through its agent for service of process on May 16, 2022;

9  WHEREAS Smith's' current deadline to respond to Plaintiff's Complaint is June 6, 2022
10 (*see* Fed. R. Civ. P. 12(a));

11 WHEREAS, the Parties have agreed to extend Defendants' deadlines to respond to
12 Plaintiff's Complaint to June 30, 2022; and

13 WHEREAS, this is the first stipulation for an extension of time for Defendants to respond
14 to Plaintiff's Complaint.

15 THEREFORE, IT IS HEREBY STIPULATED AND JOINTLY REQUESTED by the
16 parties that Defendants' deadlines to respond to Plaintiff's Complaint be extended to June 30, 2022.

17 Dated this 31st day of May, 2022.

18 Respectfully submitted,

19 PETERSON BAKER, PLLC                           HUTCHINGS LAW GROUP, LLC

20 By: /s/ Tamara Beatty Peterson                 By: /s/ Mark H. Hutchings
   TAMARA BEATTY PETERSON, ESQ.                  MARK H. HUTCHINGS, ESQ.
21 Nevada Bar No. 5218                            Nevada Bar No. 12783
   tpeterson@petersonbaker.com                   Mhutchings@Hutchingslawgroup.Com
22 DAVID E. ASTUR, ESQ.                          HUTCHINGS LAW GROUP, LLC
   Nevada Bar No. 15008                          400 S. 4th St., Suite 550
23 dastur@petersonbaker.com                       Las Vegas, Nevada 89101
   PETERSON BAKER, PLLC                          Telephone: 702.660.7700
24 701 S. 7th Street                              Facsimile: 702.552.5202
   Las Vegas, NV 89101
25 Telephone: 702.786.1001                        *Attorneys for Plaintiff Michael D. Reiner,*
   Facsimile: 702.786.1002                       *M.D., A Professional Corporation*
26
27 *Attorneys for Defendant Walmart Inc.*

28

2

PETERSON BAKER, PLLC

| | |
|---|---|
| COOPER LEVENSON, P.A. | SALTZMAN MUGAN DUSHOFF |
| By: /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>jbusby@cooperlevenson.com<br>3016 West Charleston Blvd., Suite 195<br>Las Vegas, NV 89102<br>Telephone: 702.366.1125<br>Facsimile: 702.366.1857 | By: /s/ Matthew T. Dushoff<br>MATTHEW T. DUSHOFF, ESQ.<br>Nevada Bar No. 4975<br>mdushoff@nvbusinesslaw.com<br>1835 Village Center Circle<br>Las Vegas, NV 89143<br>Telephone: 702.405.6122<br>Facsimile: 702.405.8501 |
| *Attorneys for Smith's Food & Drug Centers, Inc.* | *Attorneys for CVS Pharmacy, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: May 31st, 2022

3