Mark H. Hutchings, Esq.
Nevada Bar No. 12783
Jamie S. Hendrickson, Esq.
Nevada Bar No. 12770
**HUTCHINGS LAW GROUP**
400 South 4th Street, Suite 550
Las Vegas, Nevada 89101
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com
Jamie@HutchingsLawGroup.com
*Attorneys for plaintiff Michael D. Reiner, M.D.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D. REINER, M.D., A PROFESSIONAL CORPORATION, a Nevada professional corporation,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island Corporation; WALMART INC., a Delaware Corporation; SMITH'S FOOD & DRUG CENTERS, INC., a Delaware Corporation; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00701-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS COMPLAINT AND JOINDER**<br><br>[FIRST REQUEST] |

Defendant WALMART INC., having filed its Motion to Dismiss Complaint on June 30, 2022, at Doc. #20;

Defendant CVS PHARMACY, INC., having filed its Motion to Dismiss Complaint on June 30, 2022, at Doc. #21;

Defendant SMITH'S FOOD & DRUG CENTERS, INC., having filed its Joinder to WALMART INC. and CVS PHARMACY, INC.'s Motions to Dismiss Complaint on June 30, 2022, at Doc. #22;

Plaintiff's Responses (to #20, #21, and #22) currently being due on July 14, 2022;

The parties have agreed to extend Plaintiff's deadlines to respond to Defendants' Motions to Dismiss Complaint and Joinder to July 28, 2022; and

///

Whereas this is the first stipulation for an extension of time for Plaintiff to respond to Defendants' Motions and Joinder;

THEREFORE, IT IS HEREBY STIPULATED AND JOINTLY REQUESTED by the parties that Plaintiff's deadline to respond to Defendants' Motions to Dismiss and Joinder (#20, #21, and #22) be extended to July 28, 2022.

Dated this 11th day of July 2022.

Respectfully submitted,

PETERSON BAKER, PLLC

By: /s/ Tamara Peterson
TAMARA BEATTY PETERSON, ESQ.
Nevada Bar No. 5218
tpeterson@petersonbaker.com
DAVID E. ASTUR, ESQ.
Nevada Bar No. 15008
dastur@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002

Attorneys for Defendant Walmart Inc.

COOPER LEVENSON, P.A.

By: /s/ Jerry Busby
JERRY S. BUSBY, ESQ.
Nevada Bar No. 1107
jbusby@cooperlevenson.com
3016 West Charleston Blvd., Suite 195
Las Vegas, NV 89102
Telephone: 702.366.1125
Facsimile: 702.366.1857

Attorneys for Smith's Food & Drug Centers, Inc.

HUTCHINGS LAW GROUP

By: /s/ Mark Hutchings
Mark H. Hutchings, Esq.
Nevada Bar No. 12783
400 S. 4th St., Suite 550
Las Vegas, Nevada 89101
Telephone: 702.660.7700
Facsimile: 702.552.5202
MHutchings@HutchingsLawGroup.com

Attorney for Plaintiff Michael D. Reiner, M.D., A Professional Corporation

SALTZMAN MUGAN DUSHOFF

By: /s/ Matthew Dushoff
MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 4975
mdushoff@nvbusinesslaw.com
1835 Village Center Circle
Las Vegas, NV 89143
Telephone: 702.405.6122
Facsimile: 702.405.8501

Attorneys for CVS Pharmacy, Inc.

IT IS SO ORDERED.

*[signature]*

U.S. MAGISTRATE JUDGE

Dated: July 12, 2022