Mark H. Hutchings, Esq.
Nevada Bar No. 12783
Jamie S. Hendrickson, Esq.
Nevada Bar No. 12770
**HUTCHINGS LAW GROUP**
400 South 4th Street, Suite 550
Las Vegas, Nevada 89101
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com
Jamie@HutchingsLawGroup.com
*Attorneys for plaintiff Michael D. Reiner, M.D.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D. REINER, M.D., A PROFESSIONAL CORPORATION, a Nevada professional corporation<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island Corporation; WALMART INC., a Delaware Corporation; SMITH'S FOOD & DRUG CENTERS, INC., a Delaware Corporation; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00701-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STAY DISCOVERY AND JOINDER**<br><br>**[FIRST REQUEST]** |

Defendant WALMART INC., having filed its Motion to Stay Discovery Pending Decision on its Motion to Dismiss ("Motion to Stay") [ECF No. 24] on July 5, 2022;

Defendant SMITH'S FOOD & DRUG CENTERS, INC., having filed its Joinder in WALMART's Motion to Stay Discovery (ECF No.24) Until There is a Decision on the Pending Motions to Dismiss Filed by All Defendants ("Joinder") [ECF No. 25] on July 11, 2022;

Plaintiff's Responses to the Motion to Stay and Joinder currently being due on July 19, 2022;

Plaintiff requires additional time to respond to the Motion to Stay and Joinder, good cause exists and the parties agree and respectfully request a short extension of time to allow Plaintiff until August 2, 2022 to respond to the Motion to Stay and Joinder;

In addition, pursuant to LR 26-1, the proposed discovery plan and scheduling order is currently due no later than August 15, 2022;

However, the parties request the Court grant a short extension of the deadline to conduct the Rule 26(f) conference and to file the proposed discovery plan and scheduling order to a date that is 30 days after the Court's disposition of the pending Motion to Stay (ECF No. 24) and Joinder (ECF No. 25).

The Parties further request that the time for discovery set forth in LR 26-1(b)(b), and all attendant dates, be tolled from the date the first defendant answered until the Discovery Plan and Scheduling Order is approved by the Court.

Whereas this is the first stipulation for an extension of time for Plaintiff to respond to the Motion to Stay and Joinder, and this is the first request for an extension of time for the parties to file a proposed discovery plan and scheduling order.

THEREFORE, IT IS HEREBY STIPULATED AND JOINTLY REQUESTED by the parties that Plaintiff's deadline to respond to the Motions to Stay and Joinder (ECF Nos. 24 and 25) be extended to August 2, 2022; and

IT IS HEREBY STIPULATED AND JOINTLY REQUESTED by the parties that the deadlines to hold the conference required by Fed. R. Civ. P. 26(f), to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1), and to submit the proposed discovery plan and scheduling order pursuant to LR 26-1 be extended to a date that is 30 days after the Court's disposition of the pending Motion to Stay (ECF No. 24) and Joinder (ECF No. 25) should such motions be denied. If the Court grants the pending Motion to Stay (ECF No. 24) and Joinder (ECF No. 25), all above-referenced deadlines will be set for 14 days after the Court's disposition of the pending Motions to Dismiss (ECF Nos. 20, 21, and 23). The time for discovery set forth in LR 26-1(b)(b), and all attendant dates, shall be tolled from the date the first defendant answered until the Discovery Plan and Scheduling Order is approved by the Court.

///
///
///
///
///
///

Dated this 14th day of July 2022.

Respectfully submitted,

PETERSON BAKER, PLLC

By: /s/ Tamara Peterson
TAMARA BEATTY PETERSON, ESQ.
Nevada Bar No. 5218
tpeterson@petersonbaker.com
DAVID E. ASTUR, ESQ.
Nevada Bar No. 15008
dastur@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone: 702.786.1001
Facsimile: 702.786.1002
*Attorneys for Defendant Walmart Inc.*

HUTCHINGS LAW GROUP

By: /s/ Mark Hutchings
Mark H. Hutchings, Esq.
Nevada Bar No. 12783
400 S. 4th St., Suite 550
Las Vegas, Nevada 89101
Telephone: 702.660.7700
Facsimile: 702.552.5202
MHutchings@HutchingsLawGroup.com
*Attorney for Plaintiff Michael D. Reiner, M.D., A Professional Corporation*

COOPER LEVENSON, P.A.

By: /s/ Jerry Busby
JERRY S. BUSBY, ESQ.
Nevada Bar No. 1107
jbusby@cooperlevenson.com
3016 West Charleston Blvd., Suite 195
Las Vegas, NV 89102
Telephone: 702.366.1125
Facsimile: 702.366.1857
*Attorneys for Smith's Food & Drug Centers, Inc.*

SALTZMAN MUGAN DUSHOFF

By: /s/ Matthew Dushoff
MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 4975
mdushoff@nvbusinesslaw.com
1835 Village Center Circle
Las Vegas, NV 89143
Telephone: 702.405.6122
Facsimile: 702.405.8501
*Attorneys for CVS Pharmacy, Inc.*

## ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: July 18, 2022