Mark H. Hutchings, Esq.
Nevada Bar No. 12783
Jamie S. Hendrickson, Esq.
Nevada Bar No. 12770
**HUTCHINGS LAW GROUP**
400 South 4th Street, Suite 550
Las Vegas, Nevada 89101
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com
Jamie@HutchingsLawGroup.com
*Attorneys for plaintiff Michael D. Reiner, M.D.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL D. REINER, M.D., A PROFESSIONAL CORPORATION, a Nevada professional corporation<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island Corporation; WALMART INC., a Delaware Corporation; SMITH'S FOOD & DRUG CENTERS, INC., a Delaware Corporation; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00701-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS WALMART, INC.'S AND CVS PHARMACY, INC.'S MOTIONS TO DISMISS**<br><br>**[SECOND REQUEST]**<br><br>**AND STIPULATION AND ORDER TO EXTEND TIME FOR ALL DEFENDANT'S REPLIES TO ALL PENDING MOTIONS**<br><br>**[FIRST REQUEST]** |

Defendant WALMART INC., having filed its Motion to Dismiss [ECF No. 20] on June 30, 2022;

Defendant CVS PHARMACY, INC., having filed its Motion to Dismiss [ECF No. 21] on June 30, 2022;

Defendant SMITH'S FOOD & DRUG CENTERS, INC., having filed its Joinder in Motions to Dismiss Filed by Walmart, Inc. (ECF No. 20) and by CVS Pharmacy, Inc. (ECF No. 21) ("Joinder to Motions to Dismiss") [ECF No. 23] on June 20, 2022;

Plaintiff's Responses to WALMART's Motion to Dismiss and CVS's Motion to Dismiss are currently due on July 28, 2022, pursuant to Order [ECF No. 27];

Defendant WALMART, having filed its Motion to Stay Discovery ("Motion to Stay") [ECF

1  No. 24] on July 5, 2022;

2      Defendant SMITH'S FOOD & DRUG CENTERS, INC., having filed its Joinder in
3  WALMART's Motion to Stay Discovery (ECF No. 24) Until There is a Decision on the Pending
4  Motions to Dismiss Filed by All Defendants ("Joinder to Motion to Stay") (ECF No. 25) on July 11,
5  2022;

6      Plaintiff's Responses to WALMART's Motion to Stay and Joinder to Motion to Stay are
7  currently due on August 2, 2022, pursuant to Order [ECF No. 29];

8      Plaintiff requires additional time to respond to WALMART and CVS's Motions to Dismiss
9  [ECF No. 20 and 21] and SMITH's Joinder to Motion to Dismiss [ECF No. 23], good cause exists, and
10 the parties agree and respectfully request a short extension of time to allow Plaintiff until August 2,
11 2022 to respond to the Motions to Dismiss and Joinder to Motion to Dismiss;

12     Whereas this is the Plaintiff's second stipulation for an extension of time for Plaintiff to respond
13 to Defendants' motions to dismiss.  Good cause exists for this request because Plaintiff's Counsel is
14 currently out of state and will not return until August 1, 2022.  Good cause further exists because
15 Plaintiff's responses to WALMART's Motion to Stay and SMITH's Joinder to Motion to Stay are
16 already due on August 2, 2022;

17     Additionally, if the stipulation is approved as to an extension of time to respond to Defendants'
18 motions to dismiss, then Defendants' replies in support of the Motions to Dismiss and the Motion to
19 Stay would both be due on August 9, 2022.  The parties agree and respectfully request a short extension
20 of time to August 23, 2022, in order that Defendants may prepare replies to both motions, and good
21 cause exists to grant this extension.  This is the first request for an extension of time for Defendants to
22 file replies in support of the Motions to Dismiss [ECF No. 20, 21, 23] and the Motion to Stay [ECF
23 No.24 and 25]

24     THEREFORE, IT IS HEREBY STIPULATED AND JOINTLY REQUESTED by the parties
25 that Plaintiff's deadline to respond to WALMART and CVS's Motions to Dismiss [ECF Nos. 20 and
26 21] be extended to August 2, 2022;

27     IT IS HEREBY STIPULATED AND JOINTLY REQUESTED by the parties that Plaintiff's
28 deadline to respond to SMITH's Joinder to Motion to Dismiss [ECF No. 23] be extended to August 2,

HUTCHINGS LAW GROUP
400 SOUTH 4TH STREET, SUITE 550
LAS VEGAS, NV 89101

2022; and,

IT IS HEREBY STIPULATED AND JOINTLY REQUESTED by the parties that Defendants' deadlines to file replies to all pending motions [ECF No. 20, 21, 23, 24 and 25] be extended to August 23, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated this 25th day of July 2022.

Respectfully submitted,

PETERSON BAKER, PLLC

By: ___/s/ Tamara Peterson_____
TAMARA BEATTY PETERSON, ESQ.
Nevada Bar No. 5218
tpeterson@petersonbaker.com
DAVID E. ASTUR, ESQ.
Nevada Bar No. 15008
dastur@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone:  702.786.1001
Facsimile:  702.786.1002
*Attorneys for Defendant Walmart Inc.*

HUTCHINGS LAW GROUP

By: ___/s/ Mark Hutchings_____
Mark H. Hutchings, Esq.
Nevada Bar No. 12783
Jamie S. Hendrickson, Esq.
Nevada Bar No. 12770
400 S. 4th St., Suite 550
Las Vegas, Nevada 89101
Telephone: 702.660.7700
Facsimile: 702.552.5202
MHutchings@HutchingsLawGroup.com
*Attorney for Plaintiff Michael D. Reiner, M.D., A Professional Corporation*

COOPER LEVENSON, P.A.

By: ____/s/ Jerry Busby _____
JERRY S. BUSBY, ESQ.
Nevada Bar No. 1107
jbusby@cooperlevenson.com
3016 West Charleston Blvd., Suite 195
Las Vegas, NV  89102
Telephone: 702.366.1125
Facsimile: 702.366.1857

SALTZMAN MUGAN DUSHOFF

By: ___/s/ Matthew Dushoff_____
MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 4975
mdushoff@nvbusinesslaw.com
1835 Village Center Circle
Las Vegas, NV 89143
Telephone: 702.405.6122
Facsimile: 702.405.8501

**3**
**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS WALMART, INC.'S AND CVS PHARMACY, INC.'S MOTIONS TO DISMISS AND ALL DEFENDANT'S REPLIES TO ALL PENDING MOTIONS**

| | |
|---|---|
| *Attorneys for Smith's Food & Drug Centers, Inc.* | *Attorneys for CVS Pharmacy, Inc.* |

## ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: July 26, 2022

HUTCHINGS LAW GROUP
400 SOUTH 4TH STREET, SUITE 550
LAS VEGAS, NV 89101