Mark H. Hutchings, Esq.
Nevada Bar No. 12783
Jamie S. Hendrickson, Esq.
Nevada Bar No. 12770
**HUTCHINGS LAW GROUP**
400 South 4th Street, Suite 550
Las Vegas, Nevada 89101
Telephone: (702) 660-7700
Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com
Jamie@HutchingsLawGroup.com
*Attorneys for plaintiff Michael D. Reiner, M.D.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D. REINER, M.D., A PROFESSIONAL CORPORATION, a Nevada professional corporation<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island Corporation; WALMART INC., a Delaware Corporation; SMITH'S FOOD & DRUG CENTERS, INC., a Delaware Corporation; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00701-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT WALMART, INC.'S MOTION TO STAY AND DEFENDANT SMITH'S FOOD AND DRUG CENTERS, INC.'S JOINDER TO MOTION TO STAY AND TO EXTEND TIME FOR ALL DEFENDANTS' REPLIES IN SUPPORT OF ALL PENDING MOTIONS TO STAY**<br><br>**[SECOND REQUEST]** |

Defendant WALMART, having filed its Motion to Stay Discovery ("Motion to Stay") [ECF No. 24] on July 5, 2022;

Defendant SMITH'S FOOD & DRUG CENTERS, INC., having filed its Joinder in WALMART's Motion to Stay Discovery [ECF No. 24] Until There is a Decision on the Pending Motions to Dismiss Filed by All Defendants ("Joinder to Motion to Stay") [ECF No. 25] on July 11, 2022;

Plaintiff's Responses to WALMART's Motion to Stay [ECF No. 24] and SMITH'S Joinder to Motion to Stay are currently due on August 2, 2022, pursuant to Order [ECF No. 25];

Plaintiff requires additional time to respond to WALMART's Motion to Stay [ECF No. 24] and SMITH's Joinder to Motion to Stay [ECF No. 25], good cause exists, and the parties agree and

1  respectfully request a short extension of time to allow Plaintiff until August 9, 2022, to respond to the

2  Motion to Stay and Joinder to Motion to Stay;

3        Whereas this is the Plaintiff's second stipulation for an extension of time for Plaintiff to respond

4  to Defendants' Motion to Stay and Joinder to Motion to Stay.  Good cause exists for this request

5  because Plaintiff's Counsel had an urgent appearance in an unrelated state court matter requiring his

6  immediate attention and immediate subsequent briefing thereon, making it unlikely to meet his current

7  deadlines in this matter;

8        Additionally, if the stipulation is approved as to an extension of time to respond to Defendants'

9  Motion to stay and Joinder to Motion to Stay, then Defendants' replies in support of the Motion to Stay

10 and Joinder to Motion to Stay are both currently due on August 23, 2022.  The parties agree and

11 respectfully request a short extension of time to August 30, 2022, in order that Defendants may prepare

12 replies to both motions, and good cause exists to grant this extension.  This is the second request for an

13 extension of time for Defendants to file replies in support of the Motion to Stay and Joinder to Motion

14 to Stay [ECF No.24 and 25]

15       IT IS HEREBY STIPULATED AND JOINTLY REQUESTED by the parties that Plaintiff's

16 deadline to respond to WALMART'S Motion to Stay [ECF No. 24] and SMITH's Joinder to Motion

17 to Dismiss [ECF No. 25] be extended to August 9, 2022; and,

18       IT IS HEREBY STIPULATED AND JOINTLY REQUESTED by the parties that Defendants'

19 deadlines to file replies to all pending motions to stay and joiners thereto [ECF No. 24 and 25] be

20 extended to August 30, 2022.

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT WALMART, INC.'S MOTION TO STAY AND DEFENDANT SMITH'S FOOD AND DRUG CENTERS, INC.'S JOINDER TO MOTION TO STAY AND TO EXTEND TIME FOR ALL DEFENDANTS' REPLIES IN SUPPORT OF ALL PENDING MOTIONS TO STAY**

Dated this 2nd day of August 2022.

Respectfully submitted,

| PETERSON BAKER, PLLC | HUTCHINGS LAW GROUP |
|---|---|
| By: /s/ Tamara Peterson<br>TAMARA BEATTY PETERSON, ESQ.<br>Nevada Bar No. 5218<br>tpeterson@petersonbaker.com<br>DAVID E. ASTUR, ESQ.<br>Nevada Bar No. 15008<br>dastur@petersonbaker.com<br>PETERSON BAKER, PLLC<br>701 S. 7th Street<br>Las Vegas, NV 89101<br>Telephone: 702.786.1001<br>Facsimile: 702.786.1002<br>*Attorneys for Defendant Walmart Inc.* | By: /s/ Mark Hutchings<br>Mark H. Hutchings, Esq.<br>Nevada Bar No. 12783<br>Jamie S. Hendrickson, Esq.<br>Nevada Bar No. 12770<br>400 S. 4th St., Suite 550<br>Las Vegas, Nevada 89101<br>Telephone: 702.660.7700<br>Facsimile: 702.552.5202<br>MHutchings@HutchingsLawGroup.com<br>*Attorney for Plaintiff Michael D. Reiner, M.D., A Professional Corporation* |
| COOPER LEVENSON, P.A. | SALTZMAN MUGAN DUSHOFF |
| By: /s/ Jerry Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>jbusby@cooperlevenson.com<br>3016 West Charleston Blvd., Suite 195<br>Las Vegas, NV 89102<br>Telephone: 702.366.1125<br>Facsimile: 702.366.1857<br>*Attorneys for Smith's Food & Drug Centers, Inc.* | By: /s/ Matthew Dushoff<br>MATTHEW T. DUSHOFF, ESQ.<br>Nevada Bar No. 4975<br>mdushoff@nvbusinesslaw.com<br>1835 Village Center Circle<br>Las Vegas, NV 89143<br>Telephone: 702.405.6122<br>Facsimile: 702.405.8501<br>*Attorneys for CVS Pharmacy, Inc.* |

## **ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: August 2, 2022

**3**
**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT WALMART, INC.'S MOTION TO STAY AND DEFENDANT SMITH'S FOOD AND DRUG CENTERS, INC.'S JOINDER TO MOTION TO STAY AND TO EXTEND TIME FOR ALL DEFENDANTS' REPLIES IN SUPPORT OF ALL PENDING MOTIONS TO STAY**