TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
DAVID E. ASTUR, ESQ., Bar No. 15008
dastur@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone:  702.786.1001
Facsimile:  702.786.1002

WILLIAM G. LAXTON, JR., ESQ. *(Admitted Pro Hac Vice)*
wglaxton@jonesday.com
YAAKOV M. ROTH, ESQ. *(Admitted Pro Hac Vice)*
yroth@jonesday.com
JEFFREY R. JOHNSON, ESQ. *(Admitted Pro Hac Vice)*
jeffreyjohnson@jonesday.com
JONES DAY
51 Louisiana Avenue N.W.
Washington, DC 20001
Telephone:  202.879.3939

SERGIO A. TOSTADO, ESQ. *(Admitted Pro Hac Vice)*
stostado@jonesday.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Telephone:  614.469.3939

*Attorneys for Defendant Walmart Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D. REINER, M.D., A PROFESSIONAL CORPORATION, a Nevada, professional corporation<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island Corporation; WALMART INC., a Delaware Corporation; SMITH'S FOOD & DRUG CENTERS, INC., a Delaware Corporation; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.:  2:22-cv-00701-RFB-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PARTIES TO FILE PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED by and between Plaintiff Michael D. Reiner, M.D., a Professional Corporation ("Plaintiff"), through his counsel Hutchings Law Group, LLC, and Defendants Walmart Inc. ("Walmart"), through its counsel Peterson Baker, PLLC and Jones Day; Defendant CVS Pharmacy, Inc. ("CVS"), through its counsel Saltzman Mugan Dushoff and Foley & Lardner, LLP; and Defendant Smith's Food & Drug Centers, Inc. ("Smith's), through its counsel, Cooper Levenson, P.A.; that the Parties, and each of them, shall have a 14-day extension up to and including April 14, 2023, in which to file the proposed Discovery Plan and Scheduling Order pursuant to LR 26-1.

This Stipulation is submitted and based upon the following:

1. At the hearing held on Friday, March 24, 2023 ("March 24 Hearing") [*see* ECF No. 60] on the motions to dismiss [ECF Nos. 20, 21 and 23], the Court (1) granted the motions to dismiss in part and denied the motions to dismiss in part; (2) lifted the stay of discovery entered by Minute Order [ECF No. 50]; and (3) allowed Plaintiff to file an Amended Complaint on or before April 7, 2023.

2. Additionally, at the March 24 Hearing, the Court ordered that the Discovery Plan and Scheduling Order pursuant to LR 26-1 must be filed on or before March 31, 2023.

3. Counsel for the Parties have strived to schedule the required FRCP 26(f) conference in advance of the due date for the proposed Discovery Plan and Scheduling Order, but due to counsels' respective schedules, (including CVS counsel, who is traveling and unavailable the week of April 3), the FRCP 26(f) conference cannot be held until the week of April 10, 2023.

4. Additionally, in order for the Parties to discuss meaningfully the discovery issues in this case, and to address discovery issues that may arise from the filing of the as-yet unfiled amended complaint, the Parties desire to extend the time to file the proposed Discovery Plan and Scheduling Order pursuant to LR 26-1 to a date after the deadline for the Plaintiff to file the Amended Complaint. The Parties reserve any and all rights in connection with the filing of the Amended Complaint.

5. The Parties request the Court grant an extension of the deadline to file the proposed Discovery Plan and Scheduling Order pursuant to LR 26-1 to April 21, 2023.

 6. This is the first request for an extension of time for the Parties to file a proposed Discovery Plan and Scheduling Order.

 7. This request is made in good faith and not for the purpose of delay.

Dated this 28th day of March, 2023.

Respectfully submitted,

PETERSON BAKER, PLLC

By: /s/ Tamara Beatty Peterson
TAMARA BEATTY PETERSON, ESQ.
Nevada Bar No. 5218
tpeterson@petersonbaker.com
DAVID E. ASTUR, ESQ.
Nevada Bar No. 15008
dastur@petersonbaker.com
701 S. 7th Street
Las Vegas, NV 89101
Telephone:  702.786.1001
Facsimile:  702.786.1002

WILLIAM G. LAXTON, JR., ESQ.
*(Admitted Pro Hac Vice)*
wglaxton@jonesday.com
YAAKOV M. ROTH, ESQ.
*(Admitted Pro Hac Vice)*
yroth@jonesday.com
JEFFREY R. JOHNSON, ESQ.
*(Admitted Pro Hac Vice)*
jeffreyjohnson@jonesday.com
JONES DAY
51 Louisiana Avenue N.W.
Washington, DC 20001
Telephone:  202.879.3939

SERGIO A. TOSTADO, ESQ.
*(Admitted Pro Hac Vice)*
stostado@jonesday.com
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Telephone:  614.469.3939

*Attorneys for Defendant Walmart Inc.*

SALTZMAN MUGAN DUSHOFF

By: /s/ Jonathan W. Garlough
MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 4975
mdushoff@nvbusinesslaw.com
1835 Village Center Circle
Las Vegas, NV 89143
Telephone: 702.405.6122
Facsimile: 702.405.8501

STEPHANIE ADAMO, ESQ.
*(Admitted Pro Hac Vice)*
sadamo@foley.com
FOLEY & LARDNER, LLP
1400 16th Street, Suite 200
Denver, CO 80202

JONATHAN W. GARLOUGH, ESQ.
*(Admitted Pro Hac Vice)*
jgarlough@foley.com
FOLEY & LARDNER, LLP
321 N. Clark Street, Suite 300
Chicago, IL 60654

*Attorneys for CVS Pharmacy, Inc.*

| | |
|---|---|
| HUTCHINGS LAW GROUP, LLC | COOPER LEVENSON, P.A. |
| By: /s/ Mark H. Hutchings<br>MARK H. HUTCHINGS, ESQ.<br>Nevada Bar No. 12783<br>Mhutchings@Hutchingslawgroup.Com<br>HUTCHINGS LAW GROUP, LLC<br>400 S. 4th St., Suite 550<br>Las Vegas, Nevada 89101<br>Telephone: 702.660.7700<br>Facsimile: 702.552.5202 | By: /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>jbusby@cooperlevenson.com<br>3016 West Charleston Blvd., Suite 195<br>Las Vegas, NV  89102<br>Telephone: 702.366.1125<br>Facsimile: 702.366.1857 |
| *Attorneys for Plaintiff Michael D. Reiner, M.D., A Professional Corporation* | *Attorneys for Smith's Food & Drug Centers, Inc.* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated:  March 28, 2023