1 | Mark H. Hutchings, Esq.
Nevada Bar No. 12783
2 | John B. Lanning, Esq.
Nevada Bar No. 15585
3 | **HUTCHINGS LAW GROUP**
400 S. 4th St., Suite 550
4 | Las Vegas, Nevada 89101
Telephone: (702) 660-7700
5 | Facsimile: (702) 552-5202
MHutchings@HutchingsLawGroup.com
6 | *Attorney for Plaintiff,*
*Michael D. Reiner, M.D., A Professional Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL D. REINER, M.D., A PROFESSIONAL CORPORATION, a Nevada professional corporation,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island Corporation; WALMART INC., a Delaware Corporation; SMITH'S FOOD & DRUG CENTERS, INC., a Delaware Corporation; MEGAN VENEGAS, an individual; DOES I through X, inclusive; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00701-RFB-EJY<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' VARIOUS MOTIONS AND TO EXTEND TIME TO FILE DEFENDANTS' REPLIES**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Michael D. Reiner, M.D., a Professional Corporation ("Plaintiff"), through his counsel Hutchings Law Group and Defendants Walmart Inc. and Megan Venegas ("Walmart" & "Venegas"), through their counsel Peterson Baker, PLLC and Jones Day; Defendant CVS Pharmacy, Inc. ("CVS"), through its counsel Saltzman Mugan Dushoff and Foley & Lardner, LLP; and Defendant Smith's Food & Drug Centers, Inc. ("Smith's"), through its counsel, Cooper Levenson, P.A.; that the Plaintiff, shall have a one-week extension up to and including May 12, 2023, in which to file its Response to defendant CVS Pharmacy, Inc's ("CVS") Motion to Dismiss Amended Complaint [ECF No. 80] and Defendant Walmart Inc.'s ("Walmart") Motion to Dismiss First Amended

Complaint and Special Motion to Dismiss Under Nevada's Anti-SLAPP Statute  [ECF No. 82 and ECF No. 83], Defendants Megan Venegas' ("Venegas") Motion to Dismiss First Amended Complaint and Special Motion to Dismiss Under Nevada's Anti-SLAPP Statute [ECF No. 84 and ECF No. 85], Defendants Walmart's and Megan Venegas' Motion to Stay Discovery Pending Decision on Their Motions to Dismiss and Special Motions to Dismiss [ECF No. 86], Defendant Smiths Food & Drugs Centers, Inc.'s Joinder in the Motions to Dismiss filed by CVS Pharmacy, In (ECF No. 80) and by Walmart, Inc. (ECF No. 82) [ECF No. 87], CVS Pharmacy, Inc.'s Joinder in Walmart, Inc. and Megan Venegas' Motion to Stay Discovery Pending Decision on Their Motions to Dismiss and Special Motions to Dismiss [ECF No. 88] and Defendant Smith's Food & Drug Centers, Inc.'s Joinder in Defendants Walmart's and Megan Venegas' Motion to Stay Discovery Pending Decision on Their Motions to Dismiss and Special Motions to Dismiss [ECF No. 91].

1. The Parties request the Court grant an extension of the deadline to file Plaintiff's Responses to May 12, 2023.
2. The Parties further request the Court grant an extension of the deadline to file any replies in support of the motions from May 19, 2023 to May 26, 2023.
3. This is the first request for an extension of time for the Plaintiff to file Responses on all pending Motions, and the first request for an extension of time for the Defendants to file Replies in support of all pending Motions.
4. This request is made in good faith and not for the purpose of delay.

Dated this 2nd day of May, 2023.

Respectfully submitted,

| HUTCHINGS LAW GROUP, LLC | COOPER LEVENSON, P.A. |
|---|---|
| By: /s/ Mark H. Hutchings<br>MARK H. HUTCHINGS, ESQ.<br>Nevada Bar No. 12783<br>Mhutchings@Hutchingslawgroup.Com<br>HUTCHINGS LAW GROUP, LLC<br>400 S. 4th St., Suite 550<br>Las Vegas, Nevada 89101<br>Telephone: 702.660.7700<br>Facsimile: 702.552.5202<br><br>*Attorneys for Plaintiff Michael D. Reiner, M.D., A Professional Corporation* | By: /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>jbusby@cooperlevenson.com<br>GREGORY A. KRAEMER, ESQ.<br>Nevada Bar No. 010911<br>gkraemer@cooperlevenson.com<br>ANDRE T. MARQUES, ESQ.<br>Nevada Bar No. 14737<br>amarques@cooperlevenson.com 3016 West Charleston Blvd., Suite 195<br>Las Vegas, NV 89102<br>Telephone: 702.366.1125<br>Facsimile: 702.366.1857<br><br>*Attorneys for Smith's Food & Drug Centers, Inc.* |
| SALTZMAN MUGAN DUSHOFF | PETERSON BAKER, PLLC |
| By: *Matthew T. Dushoff*<br>MATTHEW T. DUSHOFF, ESQ.<br>Nevada Bar No. 4975<br>mdushoff@nvbusinesslaw.com<br>1835 Village Center Circle<br>Las Vegas, NV 89143<br>Telephone: 702.405.6122<br>Facsimile: 702.405.8501<br><br>STEPHANIE ADAMO, ESQ.<br>*(Admitted Pro Hac Vice)*<br>sadamo@foley.com<br>FOLEY & LARDNER, LLP<br>1400 16th Street, Suite 200<br>Denver, CO 80202<br><br>JONATHAN W. GARLOUGH, ESQ.<br>*(Admitted Pro Hac Vice)*<br>jgarlough@foley.com | By: /s/ Tamara B. Peterson<br>TAMARA BEATTY PETERSON, ESQ.<br>Nevada Bar No. 5218<br>tpeterson@petersonbaker.com<br>DAVID E. ASTUR, ESQ.<br>Nevada Bar No. 15008<br>dastur@petersonbaker.com<br>701 S. 7th Street<br>Las Vegas, NV 89101<br>Telephone: 702.786.1001<br>Facsimile: 702.786.1002<br><br>WILLIAM G. LAXTON, JR., ESQ.<br>*(Admitted Pro Hac Vice)*<br>wglaxton@jonesday.com<br>YAAKOV M. ROTH, ESQ.<br>*(Admitted Pro Hac Vice)*<br>yroth@jonesday.com |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' VARIOUS MOTIONS**

| | |
|---|---|
| FOLEY & LARDNER, LLP<br>321 N. Clark Street, Suite 300<br>Chicago, IL 60654<br><br>*Attorneys for CVS Pharmacy, Inc.* | JEFFREY R. JOHNSON, ESQ.<br>*(Admitted Pro Hac Vice)*<br>jeffreyjohnson@jonesday.com<br>JONES DAY<br>51 Louisiana Avenue N.W.<br>Washington, DC 20001<br>Telephone: 202.879.3939<br><br>SERGIO A. TOSTADO, ESQ.<br>*(Admitted Pro Hac Vice)*<br>stostado@jonesday.com<br>JONES DAY<br>325 John H. McConnell Blvd., Suite 600<br>Columbus, OH 43215<br>Telephone: 614.469.3939<br><br>*Attorneys for Defendant Walmart Inc. and Megan Venegas* |

## ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: May 2, 2023

---

**4**
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' VARIOUS MOTIONS**